IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

---------------------------------------------------------------- X
JOHN S. MILLER
d/b/a CHESAPEAKE CORE SUPPLY,

                Plaintiff,

        - against -                        Civil Action No.:  2:11cv67

GREAT AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                Defendant.
---------------------------------------------------------------- X


**FINANCIAL INTEREST DISCLOSURE STATEMENT**

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Great American Insurance Company** in the above captioned action certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of its stock:

                      AMERICAN FINANCIAL GROUP, INC.

Dated: March 9, 2011

                                             GREAT AMERICAN INSURANCE CO.

                        By:           /s/           .
                         K. Reed Mayo
                        VSB No. 26601
                        Attorney for Defendant
                        Reed Mayo Law Firm, P.C.
                        484 Viking Drive, Suite 130
                        Virginia Beach, VA  23452
                        Tel: (757) 648-1376
                        Fax: (757) 648-1379
                        rmayo@reedmayolaw.com

Of Counsel:

                        Kevin F. Buckley
                        Attorney for Defendant
                        MOUND COTTON WOLLAN &
                        GREENGRASS
                        One Battery Park Plaza
                        New York, NY  10004-1486
                        Tel: (212) 804-4200
                        Fax: (212) 344-8066
                        KBuckley@moundcotton.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

        Douglas E. Kahle, Esq.
        Mark R. Baumgartner, Esq.
        Attorneys for Plaintiff
        Pender & Coward P.C.
        222 Central Park Avenue, Suite 400
        Virginia Beach, VA  23462-3026
        dkahle@pendercoward.com
        mbaumgar@pendercoward.com

By:         /s/       .
        K. Reed Mayo
        VSB No. 26601
        Attorney for Defendant
        Reed Mayo Law Firm, P.C.
        484 Viking Drive, Suite 130
        Virginia Beach, VA  23452
        Tel: (757) 648-1376
        Fax: (757) 648-1379
        rmayo@reedmayolaw.com