IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

-------------------------------------------------------------- X

JOHN S. MILLER
d/b/a CHESAPEAKE CORE SUPPLY,

                            Plaintiff,

            - against -                      Civil Action No.: 2:11cv67

GREAT AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                           Defendant.

-------------------------------------------------------------- X

## DEFENDANT'S MOTION TO STAY CIVIL PROCEEDINGS
## PENDING CRIMINAL PROSECUTION

Defendant Great American Insurance Company, by counsel, hereby moves for entry of an Order staying all discovery and other proceedings in this action pending the resolution of a criminal prosecution against the Plaintiff arising out of the same transaction and occurrence that forms the basis for his Complaint. That prosecution presently is scheduled for trial on April 29, 2011, but is subject to being continued.

In support of this Motion, the Defendant relies on the accompanying Memorandum.

**MOTION GRANTED.**

Entered this 5th day of May 20 11

— RBS

Rebecca Beach Smith
United States District Judge

Dated: April 15, 2011

GREAT AMERICAN INSURANCE CO.

By: _____/s/_____.

K. Reed Mayo
VSB No. 26601
Attorney for Defendant
Reed Mayo Law Firm, P.C.
484 Viking Drive, Suite 130
Virginia Beach, VA  23452
Tel: (757) 648-1376
Fax: (757) 648-1379
rmayo@reedmayolaw.com

Of Counsel:

Kevin F. Buckley
Attorney for Defendant
MOUND COTTON WOLLAN &
GREENGRASS
One Battery Park Plaza
New York, NY  10004-1486
Tel: (212) 804-4200
Fax: (212) 344-8066
KBuckley@moundcotton.com

Daniel M. O'Connell
Attorney for Defendant
MOUND COTTON WOLLAN &
GREENGRASS
One Battery Park Plaza
New York, NY  10004-1486
Tel: (212) 804-4200
Fax: (212) 344-8066
DOconnell@moundcotton.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Douglas E. Kahle, Esq.
> Mark R. Baumgartner, Esq.
> Kristen Rodrigue Jurjevich, Esq.
> Attorneys for Plaintiff
> Pender & Coward P.C.
> 222 Central Park Avenue, Suite 400
> Virginia Beach, VA  23462-3026
> dkahle@pendercoward.com
> mbaumgar@pendercoward.com
> kjurjevich@pendercoward.com

> _____/s/_____.
> K. Reed Mayo
> VSB No. 26601
> Attorney for Defendant
> Reed Mayo Law Firm, P.C.
> 484 Viking Drive, Suite 130
> Virginia Beach, VA  23452
> Tel: (757) 648-1376
> Fax: (757) 648-1379
> rmayo@reedmayolaw.com

3